JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHESTER JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　Defendant. | Case No. 2:23-cv-06485-SB-MAR<br><br><br>ORDER DISMISSING CASE<br>WITH PREJUDICE |

　　　After Plaintiff Rochester Jackson failed to appear at the Court's September 15, 2023 hearing, the Court issued an order to show cause. Dkt. No. 17. At the hearing on the order to show cause, Jackson candidly acknowledged his failure to participate in his case since he initially filed it, including his failures to: participate in the Rule 7-3 conference; respond to the motion to dismiss; appear at the scheduling conference; respond to the order to show cause; and file an amended complaint. Jackson requested that the Court dismiss his case with prejudice. The Court discharges the order to show cause, grants dismissal with prejudice pursuant to Plaintiff's request, and closes the case.

Date: September 29, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge